UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. CR05-0281-JLR-JPD <br> v. ) <br> ) DETENTION ORDER <br> ELENO RIOS-ORTIZ, ) <br> ) <br> Defendant. ) <br> _____ ) | |

<u>Offense charged</u>:

Conspiracy to distribute methamphetamine, cocaine, and heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

<u>Date of Detention Hearing</u>:   July 26, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.   Defendant has not overcome these presumptions.

(2)   An immigration detainer has been filed against the defendant.

01       (3)    Defendant has stipulated to detention, but reserves the right to contest his
02  continued detention if there is a change in circumstances.
03       IT IS THEREFORE ORDERED:
04       (1)    Defendant shall be detained pending trial and committed to the custody of the
05              Attorney General for confinement in a correction facility separate, to the
06              extent practicable, from persons awaiting or serving sentences or being held in
07              custody pending appeal;
08       (2)    Defendant shall be afforded reasonable opportunity for private consultation
09              with counsel;
10       (3)    On order of a court of the United States or on request of an attorney for the
11              government, the person in charge of the corrections facility in which
12              defendant is confined shall deliver the defendant to a United States Marshal
13              for the purpose of an appearance in connection with a court proceeding; and
14       (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
15              counsel for the defendant, to the United States Marshal, and to the United
16              States Pretrial Services Officer.

         DATED this 26th day of July, 2005.

                                              *JAMES P. Donohue* (signature)
                                              _____
                                              JAMES P. DONOHUE
                                              United States Magistrate Judge